NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1367

RANDALL MAY INTERNATIONAL, INC.,

Plaintiff/Counterclaim Defendant-Appellee,

and

RANDALL MAY,

Counterclaim Defendant-Appellee,

v.

DEG MUSIC PRODUCTS, INC.,

Defendant/Counterclaimant-Appellant,

and

DYNASTY USA,

Defendant.

Appeal from the United States District Court for the Central District of California in case no. 05-CV-0894, Judge Terry J. Hatter, Jr.

ON MOTION

ORDER

Randall May International, Inc. moves without opposition for an extension of time, until July 17, 2009, to file its response to DEG Music Products, Inc.'s motion for a stay of proceedings in the United States District Court for the Central District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

JUL 15 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Dennis G. Martin, Esq.
        Peter R. Afrasiabi, Esq.

s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 15 2009

JAN HORBALY
CLERK

2009-1367                           2